## Aljax Corporation, Appellant, *v.* Connecticut Mutual Life Insurance Company.

Argued March 26, 1973. *Dante W. Renzulli, Jr.,* with him *Anthony L. V. Picciotti,* for appellant; *Richard E. McDevitt,* with him *Montgomery, McCracken, Walker and Rhoads,* for appellee.

Judgment affirmed.

## Bahoric *v.* Bahoric, Appellant.

Submitted March 12, 1973. *Arthur K. Dils,* for appellant; *Frederick R. Martsolf,* and *Handler and Handler,* for appellee.

OPINION PER CURIAM: Order affirmed. Having made an independent study of the entire record, we are of the opinion that the court below properly granted a decree in divorce in this case.

## Barksdale *v.* Herron, Appellant.

Argued March 23, 1973. *John T. Quinn,* with him *McEldrew, Hanmirian, Quinn, Bradley and D'Amico,* for appellant; *David C. Harrison,* for appellee.

Order affirmed.